UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-21139-CIV-SEITZ/O'SULLIVAN

FUTTER LUMBER CORP.,
  Plaintiff,
vs.

UNIVERSE FREIGHT BROKERS, INC.,
  Defendant.
_____/

## ORDER SETTING TRIAL DATE, PRETRIAL DEADLINES AND REFERRAL TO MAGISTRATE

Pursuant to Local Rule 16.1, and the Court having considered the parties' Initial Scheduling Report, it is hereby

ORDERED as follows:

1. **Trial Date and Calendar Call**. This case is set for jury trial on the Court's two-week trial period commencing **May 26, 2009**, before the undersigned United States District Judge. Calendar Call shall be held on **May 20, 2009, at 1:15 p.m.** The case shall be assigned to the standard case management track.

2. **Pretrial Conference**. A Pretrial Conference shall be held on **April 28, 2009, at 9:00 a.m.**

3. **Pretrial Deadlines**. The pretrial deadlines for joinder of parties, amendment of pleadings and disclosure of witnesses, are those counsel provided in their Initial Scheduling Report filed with the Court. The Court will hold the parties to these deadlines with the exception of the following deadlines the Court has set:

| | |
|---|---|
| December 30, 2008 | All discovery must be completed. |
| December 30, 2008 | All summary judgment and Daubert motions must be filed. |
| April 14, 2009 | (a) <u>Joint</u> pretrial stipulation must be filed pursuant to Local Rule 16.1.E. The witness lists shall be pared down to those witnesses the parties actually intend to call at trial; and the exhibit lists shall identify the witness introducing each exhibit.<br><br>(b) Joint proposed jury instructions must be filed; or if bench trial, a joint statement outlining (1) the legal elements of Plaintiff's claims, including |

damages, and (2) the legal elements of the defenses raised, consistent with and citing to the Eleventh Circuit Pattern Jury Instructions, where applicable; **and**

(c) Motions in Limine and Responses must be filed. The motions shall be limited to one (1) page per evidentiary issue, and shall identify the evidence sought to be precluded and the legal authority supporting exclusion. The responses shall also be limited to one (1) page, and shall provide a statement of the purpose for which the challenged evidence would be offered and the legal authority supporting the admissibility of such evidence.

4. **Referral to Magistrate**. Pursuant to Rule 1 of the Magistrate Rules of the Southern District of Florida, **ALL DISCOVERY AND ALL MOTIONS FOR ATTORNEYS' FEES, COSTS AND SANCTIONS** are referred to Magistrate Judge John O'Sullivan for appropriate resolution. DISCOVERY DISPUTES THAT REQUIRE COURT INTERVENTION SHALL FOLLOW THE PROCEDURES SET OUT ON ATTACHMENT A TO THIS ORDER. It shall be the responsibility of the respective parties in this case to note on all materials necessary to the resolution of the referred matters the name of Magistrate Judge O'Sullivan on the case number caption (i.e., Case No. 99-1234-CIV-SEITZ/O'SULLIVAN) and that courtesy copies of such materials shall be directed to his Chambers.

5. **Settlement**. If this case is settled, counsel must inform the Court within two (2) days by calling Chambers.

6. **Non-compliance with Order and Rules of Court**. Non-compliance with any provision of this Order, the Federal Rules of Civil Procedure, and/or the Local Rules of Court, may subject the offending party to **sanctions or dismissal**. It is the duty of <u>all</u> counsel to enforce the case management timetable to insure an expeditious resolution of this cause.

DONE AND ORDERED in Miami, Florida, this 14th day of July, 2008.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: The Honorable John O'Sullivan
Counsel of Record

## DISCOVERY AND SANCTIONS PROCEDURE FOR
## MAGISTRATE JUDGE JOHN J. O'SULLIVAN

The following discovery and sanctions procedures apply to all civil cases assigned to United States District Judge Patricia A. Seitz.

If parties are unable to resolve their discovery disputes without Court intervention, Magistrate Judge John J. O'Sullivan will hold a regular discovery calendar every Thursday, from 9:30 a.m. to 11:00 a.m. in the South Courtroom, United States Courthouse, 2nd Floor, 300 N.E. First Avenue.

If a discovery dispute arises, the moving party must seek relief within fifteen (15) days after the occurrence of the grounds for relief, by contacting Magistrate Judge O'Sullivan's Chambers and placing the matter on the next available discovery calendar.

A matter must be placed on the calendar by contacting Magistrate Judge O'Sullivan's Chambers no later than three (3) days prior to the calendar. Magistrate Judge O'Sullivan's telephone number is (305) 523-5920.

After a matter is placed on the discovery calendar, the movant shall provide notice to all relevant parties by filing a Notice of Hearing. The Notice of Hearing shall briefly specify the substance of the discovery matter to be heard. No more than ten (10) minutes per side will be permitted.

No written discovery motions, including motions to compel and motions for protective order, shall be filed unless the parties are unable to resolve their disputes at the motion calendar, or unless requested by Magistrate Judge O'Sullivan. It is the intent of this procedure to minimize the necessity of motions.

The Court expects all parties to act courteously and professionally in the resolution of their discovery disputes. The Court may impose sanctions, monetary or otherwise, if the Court determines discovery is being improperly sought or is not being provided in good faith.

Attachment A